**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FRANCIS X. SERIO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: AMD 02 CV 1909 |
| | ) | |
| FRANK A. SERIO & SONS, INCORPORATED, | ) | |
| FRANK A. SERIO, ROSE J. SERIO, | ) | |
| ROBERT SERIO, ROSEMARY SERIO, | ) | |
| RONALD F. SERIO, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION FOR ADMISSION *PRO HAC VICE*

I, Richard L. Cys, am a member of good standing of the bar of this Court. My bar number is 05737. I am moving the admission of Constance M. Pendleton to appear *pro hac vice* in this case as counsel for Francis X. Serio.

We certify that:

1. The proposed admittee is a member of good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| New York State Supreme Court | 7/21/98 |
| District of Columbia Court of Appeals | 2/2/99 |
| U.S. District Court for the District of Columbia | 1/12/00 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court zero (0) times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant is a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.**

Respectfully submitted,

MOVANT

*Richard L. Cys* (signature)
Signature

Richard L. Cys
Printed Name

Davis Wright Tremaine LLP
1500 K Street, NW
Suite 450
Washington, D.C. 20005
(202) 508-6600
facsimile (202) 508-6699

PROPOSED ADMITTEE

*Constance M. Pendleton* (signature)
Signature

Constance M. Pendleton
Printed Name

Davis Wright Tremaine LLP
1500 K Street, NW
Suite 450
Washington, D.C. 20005
(202) 508-6600
facsimile (202) 508-6699

---

## ORDER

✓ GRANTED      ☐ DENIED

July 8, 2002                    *Andre M. Davis* (signature)
Date                            United States District Judge

_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED

JUL - 9 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of July, 2002, a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* was served by Federal Express, postage pre-paid, upon:

>William Butler, Esq.
>Howard, Butler & Malfa, P.A.
>401 Allegheny Avenue
>Towson, Maryland 21204

_____
Constance M. Pendleton