THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCIS X. SERIO,

    Plaintiff,

v.      Case No.: AMD 02 CV 1909

FRANK A. SERIO & SONS, INC., et al.

    Defendants.

## ORDER

Upon consideration of the Motion of Served Defendants for an Extension of Time Within Which to Respond to the First Amended Complaint, the same having been consented to by counsel for the plaintiff, it is hereby

ORDERED, that the served defendants shall have until October 11, 2002 within which to file their response to the First Amended Complaint filed herein.

Dated: 9/25, 2002

The Honorable Andre M. Davis
United States District Judge

Copies to:
Richard L. Cys, Esq.
Davis Wright Tremaine, LLP
Suite 450
1500 K Street, N.W.
Washington, D.C. 20005

William N. Butler, Esq.
Howard, Butler & Melfa, P.A.
401 Allegheny Avenue
Towson, Maryland 21202

Laurance J. Ochs, Esq.
1748 N Street, N.W.
Washington, D.C. 20036

