|  |  |  |
|---|---|---|
| FRANCIS X. SERIO | * | IN THE |
| Plaintiff | * | UNITED STATES |
| v. | * | DISTRICT COURT |
| FRANK A. SERIO & SON'S INCORPORATED, et al | * | FOR THE DISTRICT |
|  | * | FOR MARYLAND |
| Defendants | * | Case No: AMD 02 CV 1909 |

\* \* \*

## ORDER

Upon consideration of the Motion to Dismiss and to Strike the First Amended Complaint, responses if any, and good cause being shown it is this __12TH__ day of ~~October~~ NOV., 2002, hereby

ORDERED that the Motion is __DENIED - MOOT__.

_____  _____
Date                    JUDGE
                         U.S. District Court

cc:  Richard L. Cys, Esquire
     Attorney for Plaintiff

     Laurance J. Ochs, Esquire
     Attorney for Defendant

     William N. Butler, Esquire
     Attorney for Defendant