FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2002 NOV -4  D 2 42

| | |
|---|---|
| **FRANCIS X. SERIO** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: AMD 02CV1909 |
| ) | |
| **FRANK A. SERIO & SONS,** ) | FILED ____ ENTERED |
| **INCORPORATED, et al.** ) | LODGED ____ RECEIVED |
| ) | |
| Defendants. ) | NOV 1 2 2002 |

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff Francis X. Serio ("Plaintiff"), by and through his undersigned counsel, hereby dismisses without prejudice this action against Defendant Frank A. Serio & Sons, Incorporated. Defendant Frank A. Serio & Sons, Incorporated has not yet served an answer in this action.

Dated this 4th day of November, 2002.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

_____
Richard L. Cys (08737)
Constance M. Pendleton
1500 K Street, NW, Suite 450

APPROVED
[signature]
11-12-2002

Washington, D.C. 20005
(202) 508-6600
(202) 508-6699 (facsimile)

Attorneys for Plaintiff

## ORDER OF DISMISSAL

This action against defendant Frank A. Serio & Sons, Incorporated, having been voluntarily noticed for dismissal by plaintiff, is dismissed without prejudice against defendant Frank A. Serio & Sons, Incorporated.

Dated: _____

By: _____
    Clerk

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of November, 2002, true and correct copies of the foregoing Notice of Dismissal Without Prejudice were served by first class mail, postage prepaid, upon:

William Butler, Esq.
Howard, Butler & Melfa, P.A.
401 Allegheny Avenue
Towson, MD 21204

Laurance J. Ochs, Esq.
1748 N Street, N.W.
Washington, DC 20036

*Constance M. Pendleton*
Constance M. Pendleton