IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCIS X. SERIO,                         :
    Plaintiff                             :
                                          :
    v.                                    :    Civil No. AMD 02-1909
                                          :
FRANK A. SERIO & SONS, INC.,              :
et al.,                                   :
    Defendants                            :
                                   ...oOo...

ORDER

    In accordance with the foregoing Memorandum, it is this 16th day of December, 2002,

by the United States District Court for the District of Maryland, ORDERED

    (1)    That the defendants' motion to dismiss (Paper No. 10) is DENIED AND

DEFENDANTS SHALL ANSWER THE AMENDED COMPLAINT ON OR BEFORE

JANUARY 6, 2003; and it is further ORDERED

    (2)    That the motions to seal portions of the record (Paper Nos. 11 & 23) are

DENIED; and it is further ORDERED

    (3)    That pursuant to the accompanying order, the parties shall participate in good

faith in ADR proceedings before the assigned Magistrate Judge; and it is further ORDERED

    (4)    That the Clerk shall TRANSMIT copies of this Order and the foregoing

Memorandum to all counsel.

ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE