IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCIS X. SERIO | ) |
| Plaintiff, | ) |
| v. | ) Case No.: AMD 02CV1909 |
| FRANK A. SERIO & SONS, INCORPORATED, | ) |
| FRANK A. SERIO, ROSE J. SERIO, | ) |
| ROBERT SERIO, ROSEMARY SERIO, | ) |
| and RONALD F. SERIO, | ) |
| Defendants. | ) |

ORDER  *(Paper #14)*

Upon consideration of Plaintiff's Motion for Extension of Time Within Which to Respond to Motion of the Individual Serio Defendants to Dismiss Plaintiff's First Amended Complaint, and Motion to Seal Defendants' Motion to Dismiss, to which counsel for defendants has consented, it is this 16th day of Dec., 2002, hereby

ORDERED that the time within which plaintiff shall respond to Motion of the Individual Serio Defendants to Dismiss Plaintiff's First Amended Complaint, and Motion to Seal Defendants' Motion to Dismiss shall be November 12, 2002.

Andre M. Davis
United States District Judge

Copies to:

Richard L. Cys, Esq.
Davis Wright Tremaine LLP
1500 K Street, NW, Suite 450
Washington, DC 20005

William N. Butler, Esq.
Howard, Butler & Melfa, P.A.
401 Allegheny Avenue
Towson, MD 21202

Laurance J. Ochs, Esq.
1748 N Street, N.W.
Washington, DC 20036