IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCIS X. SERIO )
)
Plaintiff, )
)
v. ) Case No.: AMD 02CV1909
)
FRANK A. SERIO & SONS, INCORPORATED, )
et al., )
)
Defendants. )

## ORDER

Upon consideration of the Motion to Extend Time to Serve Robert Serio, it is hereby

ORDERED, that the Motion is ~~[struck through]~~ DENIED

Dated: 12/30, 2002

The Honorable Andre M. Davis
United States District Judge

Copies to:

Richard M. Cys, Esq.
Davis Wright Tremaine LLP
1500 K Street, N.W.
Suite 450
Washington, D.C. 20005

William N. Butler, Esq.
Howard, Butler & Melfa, P.A.
401 Allegheny Avenue
Towson, Maryland 21202

Laurance J. Ochs, Esq.
1748 N Street, N.W.
Washington, D.C. 20036