RANCIS X. SERIO       *     IN THE

         Plaintiff       *     UNITED STATES

v.       *     DISTRICT COURT

FRANK A. SERIO & SON'S,       *     FOR THE DISTRICT
INCORPORATED, et al.

               *     OF MARYLAND
         Defendants

      *     Case No. AMD 02 CV 1909

**FILED**       **ENTERED**
**LODGED**       **RECEIVED**

JAN 1 5 2003

At BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
         DEPUTY

## ORDER

Upon consideration of the Motion of Served Defendants For An Extension of Time with which to respond to the First Amended Complaint, the same having been consented to by counsel for the Plaintiff, it is hereby

ORDERED, that the served Defendants shall have until January 20th, 2003 with which to file their response to the First Amended Complaint filed herein.

Dated _Jan 15, 2003_, 2003

_Andre M. Davis_
Honorable Andre M. Davis

Copies:     Richard Cys, Equire
               William Butler, Esquire
               Laurance Ochs, Esquire