**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

BY FACSIMILE

April 2, 2003

Richard L. Cys, Esquire
Constance M. Pendleton, Esquire
Davis, Wright, Tremaine LLP
1500 K Street, N.W., Suite 450
Washington, D.C.  20005

Laurance J. Ochs, Esquire
1748 N. Street N.W.
Washington, D.C. 20038

William N. Butler, Esquire
Howard Butler & Melfa PA
401 Allegheny Avenue
Towson, Maryland 21204

      Subject: Francis X. Serio v. Frank A. Serio & Sons, Inc., et al.
            Civil No. AMD-02-1909

Dear Counsel:

    I received Mr. Ochs' letter of April 2, 2003, requesting that Ms. Rosemary Serio be allowed to participate by telephone in the settlement conference scheduled for Wednesday, April 9, 2003.  Before I address Mr. Ochs' request, I would appreciate it if Mr. Cys and Mr. Butler would inform my chambers of their respective positions on the request by Friday, April 4, 2003.

    Thank you for your attention to this matter.

                                  Very truly yours,

                                  Beth P. Gesner
                                  United States Magistrate Judge

Case 1:02-cv-01909-AMD     Document 39     Filed 04/02/2003     Page 2 of 2