UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MEMORANDUM

TO: DOCKET CLERK

FROM: NORMA TAYLOR, Secretary to
Magistrate Judge Gesner

SUBJECT: DOCKET ENTRY CIVIL NO. : AMD-02-1909
Serio v. Frank Serio & Sons, Inc., et al.

THE FOLLOWING WAS HELD IN CHAMBERS BEFORE MAGISTRATE JUDGE GESNER, ON THE __9th__ DAY OF _April_____, 2003:

_____    Status Conference

_____    Scheduling Conference

_____    Telephonic Conference
Re: Discovery Dispute Hearing

_____    Pretrial Conference

__x___    Settlement Conference

_____    Chambers Conference
Re:_____

_____    Other
Re:_____

__4 hrs__    Duration (hours)

TERMINATE REFERRAL    *Yes ____    No__x___

DATE: __4/9/03_____    _/s/_____
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

*Unless this block is checked, **DO NOT** terminate referral.

COURT FILE