UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

May 29, 2003

Richard L. Cys, Esquire
Constance M. Pendleton, Esquire
Davis, Wright, Tremaine LLP
1500 K Street, N.W., Suite 450
Washington, D.C. 20005

Laurance J. Ochs, Esquire
1748 N. Street N.W.
Washington, D.C. 20038

William N. Butler, Esquire
Howard Butler & Melfa PA
401 Allegheny Avenue
Towson, Maryland 21204

Subject: Francis X. Serio v. Frank A. Serio & Sons, Inc., et al.
Civil No. AMD-02-1909

Dear Counsel:

Thank you for your call to my chambers on Wednesday, May 28, 2003, regarding the status of settlement negotiations in this case.

Please provide me with a further status report by Friday, June 6, 2003.

Thank you for your attention to this matter.

Very truly yours,

/s/

Beth P. Gesner
United States Magistrate Judge

cc: Judge Davis