**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**BETH P. GESNER**<br>**UNITED STATES MAGISTRATE JUDGE** | **101 W. LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-4288**<br>**(410) 962-3844 FAX** |

July 24, 2003

Richard L. Cys, Esquire
Constance M. Pendleton, Esquire
Davis, Wright, Tremaine LLP
1500 K Street, N.W., Suite 450
Washington, D.C. 20005

Laurance J. Ochs, Esquire
1748 N. Street N.W.
Washington, D.C. 20038

William N. Butler, Esquire
Howard Butler & Melfa PA
401 Allegheny Avenue
Towson, Maryland 21204

Subject: Francis X. Serio v. Frank A. Serio & Sons, Inc., et al.
Civil No. AMD-02-1909

Dear Counsel:

In accordance with our conference call today, this will confirm that a settlement conference in the above referenced case has been scheduled for Thursday, September 25, 2003 at 9:00 a.m. in my chambers. As we agreed, the parties in this case will be in attendance at this conference.

In addition, ex parte letters or any additional written materials you would like for me to consider prior to our next conference should be submitted by Thursday, September 11, 2003.

Thank you for your attention to this matter.

Very truly yours,

/s/

Beth P. Gesner
United States Magistrate Judge